**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 64 MAL 2024

               Respondent   :

                            :   Petition for Allowance of Appeal
                            :   from the Order of the Superior Court

          v.   :

                            :

TYRELL JEROME DOTSON,   :

               Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.